IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Shahnaz Simon  *

**Plaintiff,**

*

v.  Case No. 1:22-cv-01238-ADC

*

Dick's Sporting Goods, Inc.

**Defendant.**  *

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

12-16-2022
Date

_[signature]_
Signature of Party or Counsel

Governor E. Jackson, III
Printed Name

400 E. Joppa Road, Suite 50, Towson, Maryland 21286
Address

gjackson@governorjacksonlaw.com
Email Address

410-528-5150
Telephone Number

410-528-1055
Fax Number

MagistrateGeneralConsentCV (06/2016)