IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHAHNAZ SIMON, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 1:22-cv-01238-ADC |
| DICK'S SPORTING GOODS, INC., | ) |
| Defendant. | ) |

UPON CONSIDERATION of the Joint Request of the Parties, it is by this Court this

_____ day of _____, 2023, hereby

**ORDERED** that the Parties shall adhere to the following deadlines:

| | |
|---|---|
| Deadline for Joinder of Additional Parties and to Amend the Pleadings | February 27, 2023 |
| Plaintiff's Rule 26(a)(2) Disclosures | March 16, 2023 |
| Defendant's Rule 26(a)(2) Liability Expert Disclosures | April 13, 2023 |
| Plaintiff's Rebuttal Rule 26(a)(2) Disclosures | April 27, 2023 |
| Rule 26(e)(2) Supplementation of Disclosures And Responses | May 4, 2023 |
| Discovery Deadline; Submission of Status Report | May 29, 2023 |
| Requests for Admissions | June 5, 2023 |
| Dispositive Pretrial Motions Deadline | June 29, 2023 |

**SO ORDERED.**

_____
Hon. A. David Copperthite
United States Magistrate Judge