# EXHIBIT A

# Andy Uria

| | |
|---|---|
| **From:** | Andy Uria <auria@kiernantrebach.com> on behalf of Andy Uria |
| **Sent:** | Monday, May 15, 2023 4:12 PM |
| **To:** | gjackson governorjacksonlaw.com |
| **Cc:** | jcuniff@kiernantrebach.com; Brent Martin |
| **Subject:** | Re: Simon v. Dicks- MRC Behavioral Health Records |

Counsel:

I have received and reviewed these records. There are two issues that I want to bring to your attention. The first is that the earliest record from MRC (dated 9/26/2017) states that plaintiff was not a new patient and was there for medication management. This implies that Plaintiff had prior treatment before this date. Given that there are no further records from MRC, it seems that there is another mental health provider. Can you confirm where this prior treatment was performed as we will need to get further authorizations out for this provider.

Second, Plaintiff's MRC records indicate that she is undergoing psychotherapy. However, it does not appear that such services were provided by MRC and we have no other information on when and where Plaintiff received these services. Please provide the identity of the provider/facility ASAP so that we can get authorizations out.

Thank you,
Andy Uria

On Thu, May 11, 2023 at 7:30 AM gjackson [governorjacksonlaw.com](#) <[gjackson@governorjacksonlaw.com](#)> wrote:
> Andy,
>
> The records from MRC are attached. Please confirm receipt.
>
> Governor Jackson, III
>
> Law Office of Governor Jackson, III, L.L.C.
>
> [www.governorjacksonlaw.com](#)
>
> *Maryland*
> 400 East Joppa Road
> Suite 50
> Towson, Maryland 21286
> (410) 528-5150 (o)
> (410) 528-1055 (f)
>
> *District of Columbia*
> 10 G Street, NE
> Suite 600
> Washington, District of Columbia 20002
> (410) 528-5150

(410) 528-1055 (f)

*Texas*
3838 Oak Lawn Avenue
Suite 1000
Dallas, Texas 75219
(972) 695-8383
(410) 528-1055 (f)

--
**Andy Uria**

**Kiernan Trebach LLP**
One Park Place, Suite 425
Annapolis, MD 21401

T 443-263-2800
F 443-263-2935

www.KiernanTrebach.com



This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s). It may be protected by the attorney-client privilege, attorney-work product or other doctrines. If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message with copying. Please do not publish, copy or circulate this message.